UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MYKAYLA FAGNANI, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

          v.

UBIQUITI INC.,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-10138

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), MYKAYLA FAGNANI, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, UBIQUITI INC., with prejudice and without fees and costs.

Dated: New York, New York
       March 27, 2023

                                                                         **GOTTLIEB & ASSOCIATES**

                                                                         _/s/Michael A. LaBollita, Esq._

                                            Michael A. LaBollita, Esq., (ML-9985)
                                                        150 East 18th Street, Suite PHR
                                                                  New York, NY 10003
                                                                      Phone: (212) 228-9795
                                                                        Fax: (212) 982-6284
                                                                    Michael@Gottlieb.legal

                                                                    *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge